IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN L. PARHAM, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-19-1413 |
| HYDROCHEM, LLC, | § § § | |
| Defendant. | § § § | |

**ORDER GRANTING MOTION TO APPROVE FLSA SETTLEMENT AGREEMENT AND MOTION TO DISMISS**

HydroChem, LLC, and plaintiffs Justin Parham, Chance Winfrey, Pascual Lara, Timothy Reeves, and Alfonso Trevino filed a joint motion to approve their settlement agreement and dismiss this case, (Docket Entry No. 21). The record shows that the parties have resolved a bona fide dispute as to how much and whether these five plaintiffs are entitled to compensation as a result of their claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

This action began in April 2019, asserting claims for unpaid overtime owed under the Act against HydroChem, which denies any violation. After discovery, the parties engaged in negotiations through counsel and reached the settlement set out in the agreement filed under seal and in redacted form in this court's record, (Docket Entry No. 22).

The record shows that throughout the litigation and settlement, all parties were represented by experienced counsel. Settlement was achieved in an adversarial context and negotiated at arm's length, in a process that included mediation. The settlement provisions are fair and reasonable, and reflect a reasonable compromise on bona-fide disputes about liability and any amount due

under the Act. The settlement avoids the necessity, expense, delay, inconvenience, and uncertainty of continued litigation. In exchange for the sums each of the five plaintiffs will receive, each plaintiff agrees to execute and return a release of claims in the manner negotiated by the parties and supply all relevant tax forms to counsel for HydroChem.

The court also finds that the attorneys' fees provisions are fair and reasonable, and separately approves them. The court approves the settlement and dismisses this case with prejudice.

A version of the settlement agreement that redacts the amounts paid to each plaintiff and redacts the fee agreement must be filed in the public case CM/ECF file. The unredacted agreement may be filed under seal.

SIGNED on January 23, 2020, at Houston, Texas.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　Chief United States District Judge